COMMONWEALTH of Pennsylvania, DEPARTMENT OF HEALTH, Appellee

v.

D. Bruce HANES, in his Capacity as the Clerk of the Orphans' Court of Montgomery County, Appellant.

Supreme Court of Pennsylvania.

Dec. 16, 2015.

## ORDER

PER CURIAM.

AND NOW, this 16th day of December, 2015, the parties' Joint Application to Discontinue Appeal Pursuant to Pa.R.A. 1973(a) is **GRANTED**. The Motion to Present Oral Argument filed by James D. Schneller, *pro se*, is **DISMISSED** as moot.